UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSE A. RODRIGUEZ, | Case No.  3:21-cv-00185-MMD-WGC |
| Plaintiff | **ORDER** |
| v. | |
| NAPH CARE, *et al*., | |
| Defendants | |

## I.    DISCUSSION

On April 20, 2021, Plaintiff, an inmate in the custody of the Washoe County Detention Facility, submitted a civil rights complaint under 42 U.S.C. § 1983 and filed an application to proceed *in forma pauperis*.  (ECF  Nos. 1-1, 1).  With his initial filings, Plaintiff also submitted a cover letter stating he has the full filing fee for his § 1983 complaint, however, the Washoe County Detention Facility is requesting the Clerk's Office take the money off his books.  (ECF No. 1-3).  The payment of the Plaintiff's filing fee must be sent directly to the Court.  If Plaintiff seeks to pay the full $402 filing fee, he may request that the Washoe County Detention Facility mail his payment directly to the Court with a copy of this order.  As such, the attached instructions are provided to the Plaintiff to inform him of who to have the Washoe County Detention Facility make his check or money order payable to and where to have the Washoe County Detention Facility send his check or money order for this matter.  Plaintiff is advised that, as of December 1, 2020, the filing fee for a civil matter is now $402.

The Clerk of the Court will retain Plaintiff's complaint (ECF No. 1-1) but will not file until receipt of Plaintiff's full $402 filing fee.

## II.    CONCLUSION

IT IS ORDERED that the Clerk of the Court send Plaintiff a courtesy copy of the approved form application to proceed *in forma pauperis* by an inmate, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

1       IT IS FURTHER ORDERED that the Clerk of the Court will retain the complaint

2   (ECF No. 1-1) but will not file it at this time.

3       DATED:  April 26, 2021

4

5   UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28