# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JOSE ANTONIO RODRIGUEZ,

    Plaintiff

v.

NAPHCARE, INC., et al.,

    Defendants

Case No.: 3:21-cv-00185-ART-CSD

**Order**

Re: ECF No. 63

Before the court is Defendants' motion for leave to file supplemental evidence and pleadings pursuant to Local Rule 7-2(g). (ECF No. 63.) Defendants filed their motion for summary judgment on August 17, 2022. (ECF No. 53.) Plaintiff has filed a response (ECF No. 61), and Defendants have filed a reply (ECF No. ). Defendants represent that Plaintiff underwent laboratory testing on September 12, 2022, as part of the process of monitoring his hepatitis C, and the test results (received by defense counsel on September 16, 2022) indicate Plaintiff no longer has active or chronic hepatitis C. They request leave to supplement their motion for summary judgment with these records.

Defendants' motion (ECF No. 63) is **GRANTED**. Defendants have up to and including **October 3, 2022**, to file their supplemental brief limited to these new laboratory results. Plaintiff may file a supplemental responsive brief on or before **October 14, 2022**.

**IT IS SO ORDERED**.

Dated: September 26, 2022

_____
Craig S. Denney
United States Magistrate Judge