UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSE ANTONIO RODRIGUEZ,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>NAPHCARE, *et al*.,<br><br>　　　　　　　　　Defendants. | 3:21-cv-00185-ART-CSD<br><br>**ORDER RE: CHANGE OF ADDRESS** |

The court has received information via an undeliverable notice (ECF No. 101) that Plaintiff may now be housed at Washoe County Detention Center. **If so, Plaintiff is directed to immediately file a notice of change of address in accordance with LR IA 3-1.**

This order shall be served upon Plaintiff in care of Washoe County Detention Center and Northern Nevada Correctional Center.

**IT IS SO ORDERED.**

DATED: April 18, 2023.

_____
UNITED STATES MAGISTRATE JUDGE