_Filed __Received __Entered __Served On
Counsel/Parties of Record

AUG 1 1 2023

Clerk US District Court
District of Nevada
By:_____ Deputy

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

JOSE ANTONIO RODRIGUEZ,

          Plaintiff,

vs.

NAPHCARE, INC.; FRANK AKPATY, NP;
PORSCHE HILL, RN; ELOY ITUARTE, M.D.;
WASHOE COUNTY SHERIFF'S DEPT.; AND
DARRIN BALAAM

          Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

No.   3:21-cv-00185-ART-CSD

**ORDER GRANTING**

STIPULATION TO
DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the parties hereto, by and through their respective counsel, that the above-entitled matter be dismissed with prejudice as to Defendants NAPHCARE, INC.; ELOY ITUARTE, M.D.; PORSCHE HILL, RN AND FRANK AKPATI, NP with each party to bear their own fees and costs.

Dated: August 4, 2023

_/s/ Chad C. Couchot_
Chad C. Couchot
Nevada Bar #: 12946
SCHUERING ZIMMERMAN & DOYLE, LLP
Attorneys for Defendants

Dated: August 🗴, 2023

Jose Antonio Rodriguez (1263161)
Northern Nevada Correctional
Center
Plaintiff *IN PRO PER*

1    Based on the stipulation of the parties, Defendants NAPHCARE, INC.; ELOY

2    ITUARTE, M.D.; PORSCHE HILL, RN AND FRANK AKPATI, NP are hereby dismissed

3    with prejudice.

4    IT IS ORDERED.

5

6    DATED: <u>August 14, 2023</u>

7    Anne R. Traum
     United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE                              -2-